## No. 17,431.

Housing Authority of the City and County of Denver
v. Cottrell et al.
(279 P. [2d] 1063)

Decided February 14, 1955.

Messrs. Donaldson, Hoffman & Goldstein, for plaintiff in error.

Messrs. Bowman, Erickson & Bowman, Mr. David J. Clarke, for defendants in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.